# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 16-18434-AMC

PAULRE M HENNESSY

113 Holland Avenue

Ardmore, PA 19003

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PAULRE M HENNESSY

    113 Holland Avenue

    Ardmore, PA 19003

**Counsel for debtor(s), by electronic notice only.**
    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                      /s/ William C. Miller

Date: 4/19/2017

                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee