# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18434-AMC

PAULRE M HENNESSY

113 Holland Avenue

Ardmore, PA 19003

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAULRE M HENNESSY

    113 Holland Avenue

    Ardmore, PA 19003

Counsel for debtor(s), by electronic notice only.

    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

                                              /S/ William C. Miller

Date: 6/8/2017                              _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee