IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Paulre M. Hennessy          : Case No. 16-18434-amc

     Debtor               : Chapter 13

**PRAECIPE TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE**

To the Clerk of Court:

Kindly convert this case from a Chapter 13 case to a Chapter 7 bankruptcy case.

RESPECTFULLY SUBMITTED ON __03/12/18_____

         Signed:__/s/Eugene A. Camposano_____
             Eugene A. Camposano, Esquire
             1250 Germantown Pike, Suite 205
             Plymouth Meeting, PA 19462
             Tel:  610-306-0626
             Fax:  610-279-9390

         Signed:___/s/Paulre M. Hennessy_____
             Paulre M. Hennessy