United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18434-amc
Paulre M Hennessy                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                Date Rcvd: Mar 13, 2018
                              Form ID: 210U               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
```
db            #+Paulre M Hennessy,    113 Holland Avenue,    Ardmore, PA 19003-1211
cr             +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,   1500 Market Street,    Philadelphia, PA 19102-2100
13836738      +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
13908480       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
13836736      +Deutsche Bank,    7105 Corporate Drive,    Plano, TX 75024-4100
13855567      +Deutsche Bank National Trust Company, As Trustee,E,    c/o JEREMY JOHN KOBESKI,
                 Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13919715       Deutsche Bank National Trust Company, as, et al.,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13915404      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
13982189      +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 ORMH, Centre Square West,    1500 Market St, Suite 3400,    Philadelphia, PA 19102-2100
13856824      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 14 2018 01:40:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 01:39:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2018 01:40:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:27     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13837366       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 01:43:22
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13899921       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 01:43:22
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13882778       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2018 01:40:01     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13890364       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14036165       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:22
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
13899853      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2018 01:39:55     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13836737      +E-mail/Text: blegal@phfa.org Mar 14 2018 01:39:56     PHFA / HEMAP,    211 North Front Street,
                 Harrisburg, PA 17101-1466
13919877       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 02:03:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869621      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 02:03:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13882865      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2018 01:40:01     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14003242      +E-mail/Text: philadelphia.bnc@ssa.gov Mar 14 2018 01:40:04     Social Security Administration,
                 Office of Central Operations,    1500 Woodlawn Drive,    Baltimore, MD 21241-0001
                                                                                               TOTAL: 15
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Mar 13, 2018
                              Form ID: 210U               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          EUGENE A. CAMPOSANO    on behalf of Debtor Paulre M Hennessy camposanolaw@comcast.net
          JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
           Et.Al paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
           paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
           paeb@fedphe.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
           Et.Al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Paulre M Hennessy                                                    Case No: 16−18434−amc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 3/13/18

Timothy B. McGrath
Clerk of Court

62
Form 210U