United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18434-amc
Paulre M Hennessy                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa               Page 1 of 2               Date Rcvd: Mar 14, 2018
                              Form ID: 309A            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db              #+Paulre M Hennessy,    113 Holland Avenue,    Ardmore, PA 19003-1211
13908480          Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                   Kirkland, WA  98083-0657
13836736         +Deutsche Bank,    7105 Corporate Drive,    Plano, TX 75024-4100
13855567         +Deutsche Bank National Trust Company, As Trustee,E,    c/o JEREMY JOHN KOBESKI,
                   Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                   555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13919715          Deutsche Bank National Trust Company, as, et al.,    c/o Ocwen Loan Servicing, LLC,
                   Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13915404         +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                   Oklahoma City, OK 73118-7901
13982189         +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                   ORMH, Centre Square West,    1500 Market St, Suite 3400,    Philadelphia, PA 19102-2100
13856824         +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: camposanolaw@comcast.net Mar 15 2018 01:48:00      EUGENE A. CAMPOSANO,
                   1250 Germantown Pike,    Suite 205,    Plymouth Meeting, PA  19462
tr               EDI: FGARYFSEITZ.COM Mar 15 2018 05:38:00      GARY F. SEITZ,
                   Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    601 Walnut Street,
                   Suite 750 West,    Philadelphia, PA 19106
smg              E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:46      City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:16      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2018 01:48:43      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 15 2018 01:48:34      United States Trustee,
                   Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13837366          EDI: AIS.COM Mar 15 2018 05:38:00      American InfoSource LP as agent for,
                   T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13899921          EDI: AIS.COM Mar 15 2018 05:38:00      American InfoSource LP as agent for,    Verizon,
                   PO Box 248838,    Oklahoma City, OK  73124-8838
13836738         +EDI: CAPITALONE.COM Mar 15 2018 05:38:00      Capital One Bank,    PO Box 30281,
                   Salt Lake City, UT 84130-0281
13882778          EDI: JEFFERSONCAP.COM Mar 15 2018 05:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                   Saint Cloud Mn 56302-9617
13890364          EDI: RESURGENT.COM Mar 15 2018 05:38:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
14036165          EDI: RESURGENT.COM Mar 15 2018 05:38:00      LVNV Funding, LLC its successors and assigns as as,
                   PO Box 10587,    Greenville, SC  29603-0587
13899853         +EDI: MID8.COM Mar 15 2018 05:38:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                   WARREN, MI 48090-2011
13836737         +E-mail/Text: blegal@phfa.org Mar 15 2018 01:48:35      PHFA / HEMAP,    211 North Front Street,
                   Harrisburg, PA 17101-1466
13919877          EDI: PRA.COM Mar 15 2018 05:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk VA 23541
13869621         +EDI: PRA.COM Mar 15 2018 05:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                   Norfolk, VA 23541-1021
13882865         +EDI: JEFFERSONCAP.COM Mar 15 2018 05:38:00      Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14003242         +E-mail/Text: philadelphia.bnc@ssa.gov Mar 15 2018 01:48:42      Social Security Administration,
                   Office of Central Operations,    1500 Woodlawn Drive,    Baltimore, MD 21241-0001
                                                                                              TOTAL: 18
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Lisa                   Page 2 of 2                   Date Rcvd: Mar 14, 2018
                              Form ID: 309A                Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              EUGENE A. CAMPOSANO    on behalf of Debtor Paulre M Hennessy camposanolaw@comcast.net
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               Et.Al paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
               paeb@fedphe.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               Et.Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Paulre M Hennessy** | Social Security number or ITIN **xxx–xx–1619** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**  **12/7/16** |
| Case number: | **16–18434–amc** | Date case converted to chapter **7**  **3/12/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Paulre M Hennessy | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 113 Holland Avenue<br>Ardmore, PA 19003 | | |
| 4. | **Debtor's attorney**<br>Name and address | EUGENE A. CAMPOSANO<br>1250 Germantown Pike<br>Suite 205<br>Plymouth Meeting, PA 19462 | | Contact phone 610–306–0626<br>Email: camposanolaw@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street<br>Suite 750 West<br>Philadelphia, PA 19106 | | Contact phone 215–238–0011<br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M</u> <u>Reading Office –– 8:00 A.M. to 4:30 P.M.</u> |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. |  | Contact phone (215)408–2800<br><br>Date: 3/14/18 |

| 7. | **Meeting of creditors** | **April 10, 2018 at 02:30 PM** | Location: |
|---|---|---|---|
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/9/18** |
|---|---|---|---|
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |  |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
|  | Please do not file a proof of claim unless you receive a notice to do so. |  |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|