IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Paulre M. Hennessy  :  Case No. 16-18434-amc

Debtor  :  Chapter 13

## PRAECIPE TO WITHDRAW REPLY IN OPPOSITION TO MOTION FOR RELIEF, DOCKET ENTRY NUMBER 59

To the Clerk of Court:

Kindly withdraw the Debtor's Reply to the Motion for relief from the automatic stay filed by creditor Deutsche Bank National Trust Company, As Trustee, Reply is docket entry number 59.

RESPECTFULLY SUBMITTED ON __03/27/18_____

Signed:__/s/Eugene A. Camposano_____
Eugene A. Camposano, Esquire
1250 Germantown Pike, Suite 205
Plymouth Meeting, PA 19462
Tel:  610-306-0626
Fax:  610-279-9390