## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAULRE M. HENNESSY | : | BK. No. 16-18434-amc |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4 | : | |
| **Movant** | : | 11 U.S.C. §362 and §1301 |
| v. | : | |
| PAULRE M. HENNESSY EDWARD HENNESSY | : | |
| **Respondents** | : | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

**AND NOW**, this 27th day of March, 2018, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 113 HOLLAND AVENUE, ARDMORE, PA 19003 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

PAULRE HENNESSY
113 HOLLAND AVENUE
ARDMORE, PA 19003

EUGENE A. CAMPOSANO, ESQUIRE
1250 GERMANTOWN PIKE, SUITE 205
PLYMOUTH MEETING, PA 19462

EDWARD HENNESSY
113 HOLLAND AVENUE
ARDMORE, PA 19003

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107