United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paulre M Hennessy  
    Debtor

Case No. 16-18434-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 27, 2018  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.  
db          #+Paulre M Hennessy,    113 Holland Avenue,    Ardmore, PA 19003-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

       DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
       EUGENE A. CAMPOSANO    on behalf of Debtor Paulre M Hennessy camposanolaw@comcast.net  
       GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com  
       JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.Al paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al paeb@fedphe.com  
       MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al paeb@fedphe.com  
       MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.Al paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

               TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| PAULRE M. HENNESSY | : | BK. No. 16-18434-amc |
| Debtor | : | |
| | : | Chapter No. 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4 | : | |
| Movant | : | 11 U.S.C. §362 and §1301 |
| v. | : | |
| PAULRE M. HENNESSY | : | |
| EDWARD HENNESSY | : | |
| Respondents | : | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW, this 27th day of March, 2018, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 113 HOLLAND AVENUE, ARDMORE, PA 19003 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET BACKED CERTIFICATES SERIES 2007-4** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

PAULRE HENNESSY
113 HOLLAND AVENUE
ARDMORE, PA 19003

EUGENE A. CAMPOSANO, ESQUIRE
1250 GERMANTOWN PIKE, SUITE 205
PLYMOUTH MEETING, PA 19462

EDWARD HENNESSY
113 HOLLAND AVENUE
ARDMORE, PA 19003

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107