Certificate Number: 12433-PAE-DE-030955311

Bankruptcy Case Number: 16-18434



12433-PAE-DE-030955311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2018, at 8:08 o'clock PM EDT, Paulre Hennesssy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 29, 2018

By:    /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher