United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paulre M Hennessy  
    Debtor

Case No. 16-18434-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 19, 2018  
                              Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.  
db            #+Paulre M Hennessy,   113 Holland Avenue,   Ardmore, PA 19003-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:  
            DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
            EUGENE A. CAMPOSANO    on behalf of Debtor Paulre M Hennessy camposanolaw@comcast.net  
            GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com  
            JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.Al paeb@fedphe.com  
            JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al paeb@fedphe.com  
            MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al paeb@fedphe.com  
            MICHAEL D. VAGNONI     on behalf of Creditor    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
            THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.Al paeb@fedphe.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Paulre M Hennessy  : Case No. 16−18434−amc
     Debtor(s)

***ORDER***
_____

AND NOW, this day , June 19,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

78
Form 195