United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-18434-amc
Paulre M Hennessy                                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 2              Date Rcvd: Jun 19, 2018
                            Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
```
db           #+Paulre M Hennessy,    113 Holland Avenue,    Ardmore, PA 19003-1211
13908480      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
13836736     +Deutsche Bank,    7105 Corporate Drive,    Plano, TX 75024-4100
13855567     +Deutsche Bank National Trust Company, As Trustee,E,    c/o JEREMY JOHN KOBESKI,
               Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
               555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
13919715      Deutsche Bank National Trust Company, as, et al.,    c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13915404     +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
13982189     +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
               ORMH, Centre Square West,    1500 Market St, Suite 3400,    Philadelphia, PA 19102-2100
13856824     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 20 2018 02:46:11     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2018 02:45:56
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 20 2018 02:46:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13837366      EDI: AIS.COM Jun 20 2018 06:48:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
13899921      EDI: AIS.COM Jun 20 2018 06:48:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK   73124-8838
13836738     +EDI: CAPITALONE.COM Jun 20 2018 06:48:00      Capital One Bank,    PO Box 30281,
               Salt Lake City, UT 84130-0281
13882778      EDI: JEFFERSONCAP.COM Jun 20 2018 06:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
13890364      EDI: RESURGENT.COM Jun 20 2018 06:48:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14036165      EDI: RESURGENT.COM Jun 20 2018 06:48:00      LVNV Funding, LLC its successors and assigns as as,
               PO Box 10587,    Greenville, SC 29603-0587
13899853     +EDI: MID8.COM Jun 20 2018 06:48:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
13836737     +E-mail/Text: blegal@phfa.org Jun 20 2018 02:46:01      PHFA / HEMAP,    211 North Front Street,
               Harrisburg, PA 17101-1466
13919877      EDI: PRA.COM Jun 20 2018 06:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
13869621     +EDI: PRA.COM Jun 20 2018 06:48:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13882865     +EDI: JEFFERSONCAP.COM Jun 20 2018 06:48:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14003242     +E-mail/Text: philadelphia.bnc@ssa.gov Jun 20 2018 02:46:05     Social Security Administration,
               Office of Central Operations,    1500 Woodlawn Drive,    Baltimore, MD 21241-0001
                                                                                              TOTAL: 15
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jun 19, 2018
                              Form ID: 318                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              EUGENE A. CAMPOSANO    on behalf of Debtor Paulre M Hennessy camposanolaw@comcast.net
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               Et.Al paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,Et.Al
               paeb@fedphe.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               Et.Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paulre M Hennessy** | Social Security number or ITIN **xxx–xx–1619** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **16–18434–amc** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paulre M Hennessy

6/19/18                                  **By the court:** Ashely M. Chan
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318             **Order of Discharge**                                page 2